THE PEOPLE *v.* LÓPEZ.

APPEAL from the District Court of Mayagüez.

No. 99.—Decided November 22, 1907.

FINE—SUBSIDIARY IMPRISONMENT—JUDGMENT.—The mode of compliance with a
judgment rendered in a criminal case should not be left to the election of
the accused, and where the judgment condemns him to pay a fine it must
specify therein that upon failure to pay the fine the accused will be impris-
oned for the period allowed by law.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

This cause originated in the Municipal Court of Maya-
güez by virtue of a complaint filed by Juana Bastel against
Virgilio López Agostini charging the latter with having as-
saulted her by slapping her with great force, and it termin-
ated in a judgment of conviction from which an appeal was
taken to the district court, which after holding a new trial
found López Agostini guilty of the crime of assault and bat-
tery with aggravated circumstances, and consequently sen-
tenced him to pay a fine of $50 or to be confined in jail for
one month and to pay the costs, which judgment has come to
this Supreme Court on appeal.

The record does not contain any bill of exceptions or state-
ment of facts, nor has the appellant filed any written brief
or made any oral argument in his defense either in person
or through counsel.

An examination of the complaint shows that it does not
contain any material error.

With regard to the judgment, the adjudging portion there-
of is confusing, because it might be deduced from its terms
that the defendant is given the option between paying the
penalty of a fine and that of imprisonment, while such was

not the intention of the trial court. The exercise of this discretional power does not concern the defendant, but the judge.

In order to avoid such a deduction the sentence should be explained in the sense that the appellant is understood to be sentenced as guilty of the crime of assault and battery with aggravated circumstances, to pay a fine of $50, and in default thereof, to be confined in jail for one month, with the costs against him in either case. In this manner the provisions of section 8 of the Act of March 10, 1904, which treats of the matter, in relation with section 322 of the Code of Criminal Procedure, would be properly applied.

See the doctrine already laid down by this court in the following cases: *The People of Porto Rico* v. *Rafael Laviosa,* decided October 30, 1907; *The People of Porto Rico* v. *Manuel M. del Toro,* decided November 12, 1907.

For the reasons stated the judgment appealed from should be affirmed with the explanation noted.

*Affirmed.*

Chief Justice Quiñones and Justices Figueras, MacLeary and Wolf concurred.